# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00207-CV

**Marjorie Green; Mischa Dick; Healthcare Excellence Institute, LLC; and HealthSignal Partners, LLC, Appellants**

**v.**

**Russell Poses, Individually and Derivatively on behalf of Elevate Practice Management, Inc., Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-002490, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal with prejudice, explaining that they have settled their dispute. We grant the parties' motion and dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a).

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Joint Motion

Filed: December 23, 2021